**McGivney & Kluger, P.C.**
Gary J. Intoccia (GI 5329)
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for Petitioner, Kevin Gingrich
2286G-0001

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| IN THE MATTER OF:<br><br>In the Complaint of KEVIN GINGRICH as Owner of a 63' Viking Motor Yacht, *"Anxiolytic"* Bearing Hull ID Number: VKY63014E989, For Exoneration From or Limitation of Liability,<br><br>Petitioner. | Case No. 09-CV-1898-SDW-MCA<br><br>Civil Action in ADMIRALTY<br><br>**ORDER ENTERING DEFAULT PURSUANT TO FED.R.CIV.P. 55(a)** |

This matter having been opened to the Court by McGivney & Kluger, P.C., attorneys for Petitioner, Kevin Gingrich, by way of their application for default to be entered on all claimants pursuant to Fed.R.Civ.P. 55(a); and the Court having considered the July 21, 2009 Order requiring all claims to be filed no later than September 30, 2009 (DE 5); the Service by Publication filed by Petitioner on September 22, 2009 (DE 10) and the claim filed by Lincoln Harbor Enterprises, LLC on September 28, 20090 (DE 11) and for good cause having been shown,

**IT IS** this _____ day of _____, 2009

**ORDERED** that default pursuant to Fed.R.Civ.P. 55(a) be and hereby is entered against all claimants; and it is

**FURTHER ORDERED** that this Order shall not affect the claim filed by Lincoln Harbor Enterprises, LLC on September 28, 2009.

Honorable Susan D. Wigenton, U.S.D.J.