**HOROWITZ, RUBINO & PATTON**
400 Plaza Drive
Secaucus, New Jersey 07094
(201) 272-5309 (tel.)
(201) 272-6130 (fax)
mark.leonard@hrplaw.com
Attorneys for Proposed Claimant
1500 Harbor Boulevard L.L.C.
DL 2219

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF:<br><br>In the Complaint of KEVIN GINGRICH as Owner of a 63' Viking Motor Yacht, *"Anxiolytic"* Bearing Hull ID Number: VKY63014E989, For Exoneration From or Limitation of Liability,<br><br>Petitioner. | Civil Action in ADMIRALTY<br><br>Case No. 2:09-cv-01898-SDW-MCA<br><br>*Report and Recommendation*<br><del>ORDER</del> GRANTING 1500 HARBOR BOULEVARD L.L.C.'S MOTION TO VACATE COURT'S ORDER GRANTING PETITIONER DEFAULT JUDGMENT AGAINST ALL NON-FILING CLAIMANTS AND TO ALLOW 1500 HARBOR BOULEVARD L.L.C. TO FILE A LATE CLAIM PURSUANT TO FED. R. CIV. P. 55(c), 60(b)(1) & (6) AND SUPPLEMENTAL RULE F(4) |

**THIS MATTER** having come before the Court upon the motion of proposed claimant, 1500 Harbor Boulevard L.L.C. ("Harbor LLC") for an order Vacating the Court's January 12, 2010 Order Granting Petitioner Default Judgment Against All Non-Filing Claimants Insofar as it Applies to Harbor LLC and Allowing Harbor LLC to File A Late Claim, pursuant to Rule 55(c), 60(b)(1) & (6) and Supplemental Rule F(4) of the Federal Rules of Civil Procedure; and the Court having considered the submissions of the parties; *and for the reasons set forth on record* and good cause having been shown; *tucky*

IT IS on this 21 day of July, 2010

*Recommended* <del>ORDERED</del> that the motion of proposed claimant, Harbor LLC, be and is GRANTED;

IT IS FURTHER ~~ORDERED~~ *Recommended* that the Court's January 12, 2010 Order (DE30) Granting Petitioner Default Judgment Against All Non-Filing Claimants shall remain in effect but shall be deemed not to include proposed claimant, Harbor LLC and shall be VACATED with respect thereto; and

IT IS FURTHER ~~ORDERED~~ *Recommended*, that the Proposed Verified Answer, Affirmative Defenses and Claim of 1500 Harbor Boulevard L.L.C., in the form as attached ~~to the June 7, 2010 Affidavit of D. Mark Leonard~~ *hereto*, as Exhibit G, shall be deemed filed and served on all parties hereto as of the date hereof for all purposes, including for the purpose of calculating such parties' time to respond thereto. ✱

_____
~~Susan D. Wigenton, U.S.D.J.~~
MCx Arleo M

✱ The parties have 14 days from the date hereof to file any objections w/ Judge Wigenton